UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHRISTIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BIMBO BAKERIES USA, INC., *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01370-KES-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 27). |

  On July 9, 2024, the parties filed a joint stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 27). The parties' stipulation also states that the parties have agreed that the Court shall retain jurisdiction to enforce the settlement agreement. (*Id.* at 2).

  In light of the parties' stipulation (ECF No. 27), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

  Further, the Court will retain jurisdiction to enforce the terms of the settlement agreement for six months from the date of this order.[1] *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994)) (district courts may retain ancillary jurisdiction to enforce settlement agreements).

\\\

---

[1] The Court declines to retain jurisdiction indefinitely.

1

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 11, 2024**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE